UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| ELMER McDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:20-cv-02483 |
| v. | ) |
| | ) |
| KEVIN E. ROLLINS and DART TRANSIT COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, 28:1441; Removing Party, DAR TRANSIT COMPANY ("DART"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing Party DART, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, states as follows:

## VENUE

1. Removal to the Southern District of Indiana, Indianapolis Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces the County of Fayette, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2. On or about September 4, 2020, removing party DART was served by certified mail with a Summons and Complaint in the above-entitled action via its registered agent,

Cogency Global in Indianapolis, Indiana. The above-entitled action was commenced against removing party DART in the Fayette County Superior Court, of the State of Indiana, Cause No. 21C01-2009-CT-000398 and is now pending therein. Therefore, removal is timely under 28 U.S.C. § 1446 (b)(1)

## STATE COURT PROCEEDINGS

3. On September 1, 2020, Plaintiff Elmer McDonald (hereinafter "Plaintiff") filed his Complaint in the above-entitled action against Defendants in the Fayette County Superior Court in the State of Indiana, Cause No. 21C01-2009-CT-000398  and is now pending therein.

4. To date, based on information and belief, no service has been attained on Kevin E. Rollins.

5. Pursuant to S.D. Ind. L.R. 81-2(d), Defendant DART asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

6. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

7. Plaintiff Elmer McDonald is a citizen of the State of Indiana.

8. Defendant Kevin Rollins is a citizen of the State of Louisiana.

9. DART TRANSIT COMPANY is a Minnesota corporation with its principal place of business in Minnesota.

10. Because DART EXPRESS INC is not incorporated in Indiana or have its principal place of business in Indiana, it is not a citizen of the State of Indiana for purposes of diversity jurisdiction.

11. There is complete diversity of citizenship between the parties named in this case.

12. Plaintiff's Complaint for Damages demands a sum of $250,000.00 in monetary damages (although the State of Indiana does not permit a demand for a specific sum). Based on this information, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs.

13. Based upon the injuries alleged and damages claimed by Plaintiff, he seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

14. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000, exclusive of interest and costs.

## STATUTORY REQUIREMENTS

15. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Plaintiff's Complaint, Appearance, Summons to Defendants.

16. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

17. A copy of this Notice of Removal has been filed in the Fayette County Superior Court and all parties have been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendant, DART EXPRESS INC, by counsel, respectfully requests that the above-entitled action be removed from the Fayette County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

**LEWIS WAGNER, LLP**

By: */s/Robert R. Foos, Jr.*
ROBERT R. FOOS, JR., #20885-45
*Counsel for Defendant Dart Transit Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2020, a copy of the foregoing **Notice of Removal** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

Grant M. Reeves
BARADA LAW OFFICES, LLC
201 North Main Street
Rushville, IN 46173
grant@baradalawoffices.com
**Counsel for Plaintiff**

                          By: */s/Robert R. Foos, Jr.*
                              ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:	317-237-0500
Facsimile:	317-630-2790
rfoos@lewiswagner.com