UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELMER MCDONALD, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02483-JMS-TAB |
| | ) | |
| KEVIN E. ROLLINS and | ) | |
| DART TRANSIT COMPANY, | ) | |
| | ) | |
| *Defendants*. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

Pursuant to the parties' stipulation, [Filing No. 39], the Court **DISMISSES with prejudice** all claims against Defendant Dart Transit Company. In addition, pursuant to the Court's July 21, 2021 Order, [Filing No. 38], and having entered default judgment against Defendant Kevin E. Rollins and in favor of Plaintiff Elmer McDonald pursuant to Federal Rule of Civil Procedure 55(b), the Court now enters **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiff and against Defendant Kevin E. Rollins in the amount of **$350,000.00**.

Date: 7/27/2021

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*[signature]*_____
Deputy Clerk, U.S. District Court

1

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Kevin E. Rollins
c/o Jasper County Jail
2171 N. McKinley Avenue
Rensselaer, IN 47978